◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER WILSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.—Criminal Possession Weapon, 2nd Degree.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ELDRIDGE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

◼ PATRICIA ZIEGLER, Respondent, v GARY LANGER et al., Appellants.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Doyle, J. (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Set Aside Verdict.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.